Mail to: PO Box 308
Trenton, NJ 08625

**STATE OF NEW JERSEY
DIVISION OF REVENUE
REGISTRATION OF ALTERNATE NAME**

*(Fee Required)*

Overnight to: 225 West State St.
3rd Floor
Trenton, NJ 08608-1001

ANA

FILED
JUN - 5 2009

0100992057

## C-150G

Fill out all applicable information below and sign in the space provided. Please note that once filed, the information contained in the filed form is considered public. **Refer to the attached instructions for filing fees and field-by-field requirements.** Remember to remit the appropriate fee amount. Use attachments if more space is required for any field.

**Check Appropriate Statute:**

[x] Title 14A:2-2.1 (2) New Jersey Business Corporation Act      [ ] Title 42:2B-4 Limited Liability Company

[ ] Title 15A:2-2-3 (b) New Jersey Nonprofit Corporation Act     [ ] Title 42:2A-6 Limited Partnership

Pursuant to the provisions of the appropriate statute, checked above, of the New Jersey Statutes, the undersigned corporation/business entity hereby applies for the registration of an Alternate Name in New Jersey for a period of five (5) years, and for that purpose submits the following application:

1. Name of Corporation/Business: **Onyx Enterprises Int'l, Corp.**

2. NJ 10-digit ID number: **0100992057**

3. Set forth state of Original Incorporation/Formation: **New Jersey**

4. Date of Incorporation/Formation: **05/07/2008**

   Date of Authorization (Foreign): _____

5. Alternate Name to be used: **CARID.COM**

6. State the purpose or activity to be conducted using the Alternate Name: Retail and wholesale distribution of automotive accessories

7. The Business intends to use the Alternate Name in this State.

8. The Business has not previously used the Alternate Name in this State in violation of this Statute, or; if it has, the month and year in which it commenced such use is:

   Name: **Roman Gerashenko**          Signature: X _____

   Title: **President**                Date:

The signature above must be:

For Corporations                    Chairman of the Board., President, Vice-President
For Limited Partnerships            General Partner
For All Other Business Types        Authorized Representative

**THE PURPOSE OF THIS FORM IS TO SIMPLIFY THE FILING REQUIREMENTS. IT DOES NOT REPLACE THE NEED FOR COMPETENT LEGAL ADVICE.**