Int. Cls.: 12 and 28

Prior U.S. Cls.: 19, 21, 22, 23, 31, 35, 38, 44 and 50

**Reg. No. 2,876,643**

United States Patent and Trademark Office   Registered Aug. 24, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## CL 65

DAIMLERCHRYSLER AG (FED REP GERMANY CORPORATION)
EPPLESTRASSE 225
70567 STUTTGART, FED REP GERMANY

   FOR: AUTOMOBILES AND THEIR STRUCTURAL PARTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

   FOR: TOY MODEL VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

   PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 30303265.0/1, FILED 1-22-2003, REG. NO. 30303265, DATED 2-24-2003, EXPIRES 1-31-2013.

   OWNER OF U.S. REG. NOS. 2,028,111 AND 2,774,311.

   NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "65", APART FROM THE MARK AS SHOWN.

   SER. NO. 76-531,088, FILED 7-21-2003.

EDWARD NELSON, EXAMINING ATTORNEY