Int. Cl.: 12
Prior U.S. Cl.: 19

Reg. No. 657,386

United States Patent and Trademark Office   Registered Jan. 21, 1958

10 Year Renewal   Renewal Term Begins Jan. 21, 1998

## TRADEMARK
## PRINCIPAL REGISTER

### MERCEDES-BENZ

DAIMLER-BENZ AKTIENGESELL-SCHAFT (FED REP GERMANY CORPORATION)
70546 STUTTGART, FED REP GERMANY

OWNER OF FED REP GERMANY REG. NO. 375067, DATED 10-10-1927.

OWNER OF U.S. REG. NOS. 41,127, 94,066 AND OTHERS.

FOR: AUTOMOBILES, MOTOR TRUCKS, AND PARTS THEREOF, SKI-HOLDERS FOR USE ON AUTOMOBILES AND REAR-VIEW MIRRORS [FOR (BASED ON GERMAN REGISTRATION);] VEHICLES FOR USE ON LAND, [IN THE AIR AND IN THE WATER] AND PARTS OF ALL OF SUCH GOODS, IN CLASS 19 (INT. CL. 12).
FIRST USE ; IN COMMERCE .

SER. NO. 72-023,779, FILED 2-5-1957.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 7, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS