# United States Patent Office

657,386
Registered Jan. 21, 1958

## PRINCIPAL REGISTER
## Trademark

Ser. No. 23,779, filed Feb. 5, 1957

## MERCEDES-BENZ

Daimler-Benz Aktiengesellschaft (German corporation)
Mercedes-Strasse 136
Stuttgart, Germany

For (based on use in commerce): AUTOMOBILES, MOTOR TRUCKS, AND PARTS THEREOF, SKI-HOLDERS FOR USE ON AUTOMOBILES AND REAR-VIEW MIRRORS, in CLASS 19.

For (based on German registration): VEHICLES FOR USE ON LAND, IN THE AIR AND IN THE WATER AND PARTS OF ALL OF SUCH GOODS, in CLASS 19.

First use 1926; in commerce 1927; 1896 as to "Benz" and 1900 as to "Mercedes."

Owner of German Reg. No. 375,067, dated Oct. 10, 1927; and U. S. Reg. Nos. 41,127, 94,066, and others.

Sec. 8 affdt. accepted

Sec. 15 affdt. filed

Renewed in 1978 for:

AUTOMOBILES, MOTOR TRUCKS, AND PARTS THEREOF, SKI-HOLDERS FOR USE ON AUTOMOBILES, REAR-VIEW MIRRORS, VEHICLES FOR USE ON LAND AND PARTS OF SUCH GOODS, AND PARTS OF VEHICLES FOR USE IN THE WATER

EXHIBIT B