


# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > **Trademark Query**

## Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | |
|---|---|
| **Serial #:** 76503761 | **Filing Dt:** 04/03/2003 |
| **Reg #:** 3259691 | **Reg. Dt:** 07/10/2007 |
| **Registrant:** DaimlerChrysler AG | |
| **Mark:** MERCEDES-BENZ GENUINEPARTS | |

### Assignment: 1

**Reel/Frame:** 3669/0326    **Recorded:** 11/29/2007    **Pages:** 20

**Conveyance:** CHANGE OF NAME EFFECTIVE 10042007

**Assignor:** DAIMLERCHRYSLER AG
- **Exec Dt:** 10/04/2007
- **Entity Type:** CORPORATION
- **Citizenship:** GERMANY

**Assignee:** DAIMLER AG
MERCEDESSTRASSE 137
STUTTGART, GERMANY 70327
- **Entity Type:** CORPORATION
- **Citizenship:** GERMANY

**Correspondent:** V.T. GIORDANO
VON MALTITZ, DERENBERG, KUNIN ET AL
60 EAST 42ND STREET, SUITE 2446
NEW YORK, NY 10165

**Domestic rep:** V.T. GIORDANO
VON MALTITZ, DERENBERG, KUNIN ET AL
60 EAST 42ND STREET, SUITE 2446
NEW YORK, NY 10165

Search Results as of: 03/05/2016 03:47 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |