Side - 1



**NOTICE OF ACCEPTANCE OF §8
DECLARATION AND §9 RENEWAL
MAILING DATE: Aug 24, 2011**

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059.  The declaration is accepted and renewal is granted.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**          0285557
**MARK:**                MERCEDES BENZ AND DESIGN
**OWNER:**               DAIMLER AG

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

V. T. GIORDANO
VON MALTITZ DERENBERG KUNIN JANSSEN & GIORDANO
60 East 42nd Street, Suite 2446
NEW YORK, NY  10165