No. 41,127.             Registered September 15, 1903.

# UNITED STATES PATENT OFFICE.

DAIMLER-MOTOREN-GESELLSCHAFT, OF CANNSTADT, GERMANY.

TRADE-MARK FOR CERTAIN NAMED VEHICLES AND MACHINES THEREFOR.

STATEMENT and DECLARATION of Trade-Mark No. 41,127, registered September 15, 1903.

Application filed October 20, 1902.

## STATEMENT.

*To all whom it may concern:*

Be it known that the DAIMLER-MOTOREN-GESELLSCHAFT, a corporation duly organized under the laws of the German Empire, and located in the city of Cannstadt, Kingdom of Würtemberg, Germany, and doing business at Olgastrasse, in said city, has adopted for its use a Trade-Mark for Carriages of All Kinds, Including Motor-Cars, Motor-Lowries, Motor-Cycles, and Machines for the Said Vehicles, of which the following is a full, clear, and exact specification.

The trade-mark consists of the word "MERCÉDÈS." It has been continuously used in the business of the said corporation since December, 1900.

The class of merchandise to which this trade-mark is appropriated is vehicles, and the particular description of goods comprised in said class upon which the said trade-mark is used is carriages of all kinds, including motor-cars, motor-lowries, motor-cycles, and machines for the said vehicles. It is usually displayed directly on the goods by stamping or by means of a metal plate, and it is further used in advertisements, on labels, show-cards, and other printings.

Signed this 4th day of October, 1902.

    DAIMLER-MOTOREN-GESELLSCHAFT.
    GUSTAV VISCHER,
        *Secretary.*

Witnesses:
  HENRY HASPER,
  WOLDEMAR HAUPT.

## DECLARATION.

Consulate-general of the United States of America, city of Berlin, Kingdom of Prussia, Empire of Germany, ss:

GUSTAV VISCHER, being duly sworn, deposes and says that he is secretary of the corporation DAIMLER-MOTOREN-GESELLSCHAFT, the applicant named in the foregoing statement; that he verily believes that the foregoing statement is true; that the corporation has at this time a right to the use of the trade-mark therein described; that no other person, firm or corporation, has the right to such use, either in the identical form, or in any such near resemblance thereto as might be calculated to deceive; that it is used by the said corporation in commerce between the United States and foreign nations and Indian tribes, and particularly with Germany; that the description and facsimiles presented for record truly represent the trade-mark sought to be registered.

    GUSTAV VISCHER.

Sworn to and subscribed before me this fourth day of October, 1902.

[L. S.]     FRANK H. MASON,
*Consul-General of the United States of America at Berlin.*

Int. Cl.: 12

Prior U.S. Cl.: 23

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 41,127
Registered Sep. 15, 1903
Renewal Term Begins Sep. 15, 1993

## TRADEMARK
## PRINCIPAL REGISTER

# MERCÉDÈS

MERCEDES-BENZ AKTIENGESELL-
SCHAFT (FED REP GERMANY COR-
PORATION)
136 MERCEDES STRASSE
7000 STUTTGART 60 (UNTERTURK-
HEIM), FED REP GERMANY

FOR: MOTOR-CARS [ , MOTOR-LOW-
RIES, AND MACHINES FOR THE SAID
VEHICLES], IN CLASS 23 (INT. CL. 12).
   FIRST USE 12-0-1900; IN COMMERCE
12-0-1900.

SER. NO. 70-041,127, FILED 10-20-1902.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 29, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

TRADE-MARK.

No. 41,127.  REGISTERED SEPT. 15, 1903.

DAIMLER-MOTOREN-GESELLSCHAFT.

CERTAIN NAMED VEHICLES AND MACHINES THEREFOR.

APPLICATION FILED OCT. 30, 1902.

**RENEWED**

**SECOND RENEWAL**

Daimler-Benz Aktiengesellschaft
Stuttgart - Untertürkheim, Germany

**THIRD RENEWAL**
(Less Goods)

# MERCÉDÈS

Witnesses:
A. Péniche
Ch. Schmidt

Proprietor:
Daimler Motoren Gesellschaft
by Brüsdorfer
Attorney

41,127. MERCEDES. Daimler-Motoren-Gesellschaft, Cannstadt, Stuttgart-Untertürkheim, Germany. Registered Sept. 15, 1903. Renewed Sept. 15, 1933, to Daimler-Benz Aktiengesellschaft, Stuttgart, Germany, a corporation of Germany, organized under the laws of Germany, by change of name. All kinds, including Motor-Cars, Motor-Lowries, Motor-Cycles, Etc. Class 23.

41,127. CERTAIN NAMED VEHICLES AND MACHINES THEREFOR. Registered September 15, 1903. DAIMLER-MOTOREN-GESELLSCHAFT, Cannstadt, Germany. Renewed September 15, 1933, to Daimler-Benz Aktiengesellschaft, Stuttgart, Germany, a corporation of Germany, by change of name.

No. 41,127.                                                                             Registered September 15, 1903.

# UNITED STATES PATENT OFFICE.

DAIMLER-MOTOREN-GESELLSCHAFT, OF CANNSTADT, GERMANY.

## TRADE-MARK FOR CERTAIN NAMED VEHICLES AND MACHINES THEREFOR.

STATEMENT and DECLARATION of Trade-Mark No. 41,127, registered September 15, 1903.

Application filed October 20, 1902.

### STATEMENT.

*To all whom it may concern:*

Be it known that the DAIMLER-MOTOREN-GESELLSCHAFT, a corporation duly organized under the laws of the German Empire, and located in the city of Cannstadt, Kingdom of Würtemberg, Germany, and doing business at Olgastrasse, in said city, has adopted for its use a Trade-Mark for Carriages of All Kinds, Including Motor-Cars, Motor-Lowries, Motor-Cycles, and Machines for the Said Vehicles, of which the following is a full, clear, and exact specification.

The trade-mark consists of the word "MERCEDES." It has been continuously used in the business of the said corporation since December, 1900.

The class of merchandise to which this trade-mark is appropriated is vehicles, and the particular description of goods comprised in said class upon which the said trade-mark is used is carriages of all kinds, including motor-cars, motor-lowries, motor-cycles, and machines for the said vehicles. It is usually displayed directly on the goods by stamping or by means of a metal plate, and it is further used in advertisements, on labels, show-cards, and other printings.

Signed this 4th day of October, 1902.

DAIMLER-MOTOREN-GESELLSCHAFT.
GUSTAV VISCHER,
*Secretary.*

Witnesses:
HENRY HASPER,
WOLDEMAR HAUPT.

### DECLARATION.

Consulate-general of the United States of America, city of Berlin, Kingdom of Prussia, Empire of Germany, ss:

GUSTAV VISCHER, being duly sworn, deposes and says that he is secretary of the corporation DAIMLER-MOTOREN-GESELLSCHAFT, the applicant named in the foregoing statement; that he verily believes that the foregoing statement is true; that the corporation has at this time a right to the use of the trade-mark therein described; that no other person, firm or corporation, has the right to such use, either in the identical form, or in any such near resemblance thereto as might be calculated to deceive; that it is used by the said corporation in commerce between the United States and foreign nations and Indian tribes, and particularly with Germany; that the description and facsimiles presented for record truly represent the trade-mark sought to be registered.

GUSTAV VISCHER.

Sworn to and subscribed before me this fourth day of October, 1902.

[L. S.]        FRANK H. MASON,
*Consul-General of the United States of America at Berlin.*